# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-cr-104 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| HEATHER DAWN ROCK-CAMPBELL ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 31) recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Counts Two and Three of the four-count Indictment; (2) accept Defendant's guilty plea to Counts Two and Three of the four-count Indictment; (3) adjudicate Defendant guilty of possession with intent to distribute fifty grams or more of a mixture and substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); (4) adjudicate Defendant guilty of possession of a firearm in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, in violation of 18 U.S.C. § 924(c)(1)(A)(i); and (5) order that Defendant remain in custody until sentencing in this matter or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report (Doc. 31) and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea to Counts Two and Three of the four count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts Two and Three of the four count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession with intent to distribute fifty grams or more of a mixture and substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B);

4. Defendant is hereby **ADJUDGED** guilty of possession of a firearm in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, in violation of 18 U.S.C. § 924(c)(1)(A)(i); and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **March 26, 2021, at 9:00 a.m.** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**